

**CHRIS DANIEL**   <span style="color:red">01-15-00611-CR</span>

HARRIS COUNTY DISTRICT CLERK

July 6, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/14/2015 9:03:59 AM
CHRISTOPHER A. PRINE
Clerk

HONORABLE STACEY BOND
176TH DISTRICT COURT
HARRIS COUNTY
HOUSTON, TEXAS

Defendant's Name:  CAITLIN COLLEEN HALE

Cause No:  1397451

Court:  176TH

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:**  06/25/2015
**Sentence Imposed Date:**  06/25/2015
**Court of Appeals Assignment:  First  Court of Appeals**
**Appeal Attorney of Record:**  TO BE DETERMINED

Sincerely,

/s/ N. Salinas

Criminal Post Trial Deputy

CC:  Devon Anderson
     District Attorney
     Appellate Division
     Harris County, Texas

     JUDY FOX (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651

Cause No. 1397451

**THE STATE OF TEXAS**

CAITLIN COLLEEN HALE v.

_____, A/K/A/ _____

176TH District Court / County Criminal Court at Law No. _____

**Harris County, Texas**

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

On JUNE 25, 2015 (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

FILED
Chris Daniel
District Clerk
JUN 25 2015
Time:_____
By_____ Harris County, Texas
Deputy

**The undersigned attorney (check appropriate box):**

☒ **MOVES** to withdraw.

☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal.

JUNE 25, 2015
**Date**

CAITLIN COLLEEN HALE
**Defendant (Printed name)**

_____
**Attorney (Signature)**

SUSAN M. BISHOP
**Attorney (Printed name)**

02352600
**State Bar Number**

PO BOX 311233 HOU TX 77231
**Address**

713-562-2018
**Telephone Number**

**The defendant (check all that apply):**

☒ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.

☒ **ASKS** the Court to **ORDER** that a free record be provided to him.

☒ **ASKS** the court to set **BAIL**.

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X _____
**Defendant (Signature)**

X Caitlin Hale
**Defendant's Printed name**

JUN 2 5 2015

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

## ORDER

On ~~JUN 2 5 2015~~ _____ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☐ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☐ Counsel's motion to withdraw is ~~**GRANTED**~~ / **DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☑ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____ (attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ **SET** at $ _____

☐ **TO CONTINUE** as presently set.

☑ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

**DATE SIGNED:** ~~JUN 2 5 2015~~

    6-25-15

_____
**JUDGE PRESIDING,**
**176 DISTRICT COURT /**
**COUNTY CRIMINAL COURT AT LAW NO. ____ ,**
**HARRIS COUNTY, TEXAS**




Cause No. 1397451

THE STATE OF TEXAS

IN THE 176TH DISTRICT COURT

v.

COUNTY CRIMINAL COURT AT LAW NO. _____

CAITLIN COLLEEN HALE , Defendant

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

FILED
Chris Daniel
District Clerk

JUN 25 2015
Time: _____
Harris County, Texas
By _____
Deputy

[X]    is not a plea-bargain case, and the defendant has the right of appeal. [or]

[ ]    is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]

[ ]    is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

[ ]    is a plea-bargain case, and the defendant has NO right of appeal. [or]

[ ]    the defendant has waived the right of appeal.

_____
Judge

JUN 2 5 2015    7-25-15

_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a pro se petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

X _____
Defendant

_____
Defendant's Counsel

Mailing Address: _____

State Bar of Texas ID number: 02352600

Telephone number: _____

Mailing Address: PO Box 311233 TX 77231

Fax number (if any): _____

Telephone number: 713 562 2018

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

Court 176th  Due: 8-24-15  1st

Cause No. 1397451

### The State of Texas
### Vs
Caitlin Hale

Date Notice
Of Appeal: 6-25-15  6.25.15

Presentation:                Vol._____ Pg._____

Judgment:                    Vol._____ Pg._____

Judge Presiding  Stacey Bond

Court Reporter  Judy Fox

Court Reporter _____

Court Reporter _____

Attorney
on Trial  Susan Bishop

Attorney
on Appeal _____

Appointed ✓  Hired_____

Offense  Agg Aslt fam

Jury Trial        Yes_____ No_____

Punishment
Assessed  7 yrs TDC

Companion Cases
(If Known) _____

Amount of
Appeal Bond  0.00

Appellant
Confined:        Yes____ No____   997

Date Submitted
To Appeal Section  6-29-15

Deputy Clerk  M Ochsner